## IN THE SUPREME COURT OF THE STATE OF NEVADA

QUINZALE MASON,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 73430

FILED

AUG 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a "judgement entered...on or about the 27th day of June, 2017." First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of this appeal reveals a jurisdictional defect. No order, appealable or not, was entered on June 27, 2017. To the extent that the document can be construed as a petition for rehearing of this court's May 9, 2017, Order of Affirmance in Docket No. 71067, it was untimely filed. *See* NRAP 40(a)(1). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James Todd Russell, District Judge
Quinzale Mason
Attorney General/Carson City
Carson City Clerk

17-26807